■ WENDY L. KERN, Appellant, v CITY OF ROCHESTER et al., Respondents. (Appeal No. 2.) [689 NYS2d 917] —Order unanimously affirmed without costs. Same Memorandum as in *Kern v City of Rochester* (261 AD2d 904 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Affronti, J.— Renewal.) Present—Green, J. P., Lawton, Pigott, Jr., Scudder and Balio, JJ.

■ In the Matter of ROBERT J. MOONEY, Appellant, v CITY OF ROCHESTER et al., Respondents. [689 NYS2d 913] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Reargument.) Present— Green, J. P., Lawton, Pigott, Jr., Scudder and Balio, JJ.